AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) -- Felon in Possession Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum 10 years imprisonment; $250,000 fine; Maximum 3 years supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ AARON ROBERT HUGHES

DISTRICT COURT NUMBER
CR08-0248

FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

ALCOHOL, TOBACCO, FIREARM AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C MANN, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☒ State
6) ☒ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   Santa Rita Jail

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:   Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

E-filing

---

UNITED STATES OF AMERICA,

V.

**CR08-0248** DLJ

AARON ROBERT HUGHES,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition

---

A true bill.

_____ Foreman
Deputy

Filed in open court this 16 day of April, 2008

_____ Clerk

Bail, $ No bail arrest warrant.
4-16-08

E-filing

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

2008 APR 16 PM 4:39

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR08-0248　DLJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition. |
| v. | OAKLAND VENUE |
| AARON ROBERT HUGHES, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition)

On or about April 4, 2008, in the Northern District of California, the defendant,

AARON ROBERT HUGHES,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, described as: (1) nine live rounds of 9mm ammunition manufactured by CCI; and (2) fifteen live rounds of 9mm ammunition

////

////

INDICTMENT

1  manufactured by Federal Cartridge Company, in and affecting commerce, in violation of Title
2  18, United States Code, Section 922(g)(1).
3  DATED:     April 16, 2008              A TRUE BILL.

                                          *[signature]* Deputy
                                          FOREPERSON

6  JOSEPH P. RUSSONIELLO
   United States Attorney

   *[signature]*
9  W. DOUGLAS SPRAGUE
   Chief, Oakland Branch

11 (Approved as to form: *[signature]* )
                         AUSA J.C. MANN

INDICTMENT