1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WADE RHYNE (CABN 216799)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, CA 94612
      Telephone: (510) 637-3693
7     FAX: (510) 637-3724

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
11

12 UNITED STATES OF AMERICA     )      NO.: CR-08-00248 DLJ
                                )
13       v.                     )
                                )
14 AARON ROBERT HUGHES,         )      SUBSTITUTION OF ATTORNEY
                                )
15       Defendant.             )
   _____)
16

17     Please take notice that as of May 1, 2008, the Assistant U.S. Attorney whose name,

18 Address, telephone number and email address are listed below was assigned to be

19 counsel for the government.

20                  Assistant U.S. Attorney Wade Rhyne
                       1301 Clay Street, Suite 340S
21                         Oakland, CA 94612
                        Telephone: (510) 637-3680
22                       Wade.Rhyne@usdoj.gov

23

24 DATED: May 1, 2008            Respectfully submitted,

25                               JOSEPH P. RUSSONIELLO
                                 United States Attorney
26
                                 _____/s/_____
27                               WADE RHYNE
                                 Assistant United States Attorney
28