UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:   5/16/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                              **No.** CR-08-00248-DLJ

**Defendant:** Aaron Robert Hughes [present; not in custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
SETTING/STATUS                  -HELD

**Notes:**

**Case Continued to**     6/6/08 AT 9:00AM    for  STATUS

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                            for Pretrial Conference
**Case Continued to**          for               Trial

**Excludable Delay: Category: Begins:   5/16/08      Ends: 6/6/08**