UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  June 6, 2008

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:** United States

**v.**                                                                                                  **No.** CR-08-00248-DLJ

**Defendant:** Aaron Robert Hughes [not present; out of custody]

**Appearances for AUSA:** 9:00AM: Wade Rhyne appeared
                                          11:00AM: Douglas Sprague appeared

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS (at 9:00AM)                    -Held with attorneys only; Defendant not present

**Case recalled at 11:00AM:**         -Held with attorneys only; Defendant did not appear

**Notes:**  At 11:00AM calling of the case AUSA Douglas Sprague requested that the matter be put on WDB's calendar on 6/13/08 for a Status; then to be put on DLJ's calendar on 6/20/08 at 9:00AM due to DLJ's unavailability on 6/13/08.
**Notes:** Issue Bench Warrant and hold until 6/20/08 appearance before DLJ.

**Case Continued to    6/13/08 at 10:00AM   for  Status before Magistrate Judge Brazil**

**Case Continued to:  6/20/08 at 9:00 AM        for Status before Judge Jensen**
**Case Continued to:           for**

**Excludable Delay: Category: Begins:          Ends:**

COPY TO IVY/WDB