PROPOSED ORDER/COVER SHEET

**FILED**

JUN 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO:          **Honorable Wayne D. Brazil**          RE:    **HUGHES, AARON ROBERT**
             **U.S. Magistrate Judge**

FROM:        **Claudette M. Silvera, Chief**        DOCKET NO.:    **CR 08-0248 DLJ**
             **U.S. Pretrial Services Officer**

DATE:        **June 12, 2008**

---

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Betty A. Kim, Officer In Charge**                        **510-637-3756**
**U.S. PRETRIAL SERVICES OFFICER**                          **TELEPHONE NUMBER**

RE:    **MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _4_ on _June 13, 2008_ at _10:00am_.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by:
     Magistrate Judge_____ Presiding District Court Judge_____

☐    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐    Modification(s)

     A.

     B.

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐    Other Instructions:

_____

**JUDICIAL OFFICER**                                    **DATE** _6-13-08_

cc: WDB's Stats, Copy to parties via ECF,
Frances, Pretrial

Cover Sheet (12/03/02)