UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** Diane Skillman

**Plaintiff:**  United States

v.                                                                  **No.** CR-08-00248-DLJ

**Defendant:** Aaron Robert Hughes [not present; out of custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**               **Ruling:**
STATUS                                  -HELD with counsel; Defendant not present.

**Notes:**  On 6/13/08 Magistrate Judge Brazil issued an arrest warrant for the defendant for not appearing on 6/13/08 before Mag. Judge Brazil. That warrant is still in effect.

**Case Continued to**             for

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**       Opposition Due:
**Case Continued to**                    for Pretrial Conference

**Case Continued to**         for               Trial

**Excludable Delay: Category: Begins:**          Ends: