1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant AARON HUGHES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08 00248 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND **ORDER** |
| vs. | ) | CONTINUING SENTENCING HEARING |
| | ) | |
| AARON HUGHES, | ) | |
| Defendant. | ) | |

This Court is scheduled to impose sentence on Aaron Hughes on July 10, 2009. Defense counsel is scheduled to be in Lima, Peru, on that date, preparing for a trial before Judge Wilken. For this reason, it is STIPULATED AND AGREED that sentencing in this matter be continued one week to July 17, 2009 at 10:00 a.m.

SO STIPULATED.

STIP/ORD                     1

1

Dated: June 29, 2009 _____/S/_____
2                                                                                  JEROME E. MATTHEWS
                                                                                   Assistant Federal Public Defender
3

4

Dated: June 29, 2009 _____/S/_____
5                                                                                  STEPHEN CORRIGAN
                                                                                   Assistant United States Attorney
6

7  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.
8

9

10         Good cause appearing therefor, IT IS ORDERED that the sentencing hearing, presently

11 scheduled for July 10, 2009, is continued to July 17, 2009.

12

13 Dated: June 29, 2009                          _____
                                                  D. LOWELL JENSEN
14                                                United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26


STIP/ORD                                         2